**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| MARKES D. BRUCE, Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-173-LAG-AGH |
| Officer JUNIOR MORENCY, Defendant. | : | |

**ORDER**

Plaintiff Markes D. Bruce, an inmate in the Dougherty County Jail in Albany, Georgia, filed a 42 U.S.C. § 1983 complaint and an *in forma pauperis* (IFP) motion (ECF Nos. 1, 2). As it appears Plaintiff is unable to pay the cost of commencing this action, his IFP motion (ECF No. 2) is **GRANTED**.

But even if a prisoner is allowed to proceed IFP, he must still pay the full $350.00 filing fee in installments based on funds in his account. When a prisoner has funds in his account, he must pay an initial partial filing fee of twenty percent of the greater of (1) the average monthly deposits to the prisoner's account, or (2) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).

A review of Plaintiff's account certification shows his average monthly deposits were $93.66. Acct. Cert., ECF No. 2-1. Twenty percent of $93.66 is $18.73. Accordingly, Plaintiff is **ORDERED** to pay an initial partial filing fee of $18.73.

Following payment of the initial partial filing fee, money will be deducted from Plaintiff's account until the filing fee ($350.00) is paid in full as set forth in § 1915(b) and explained below. The **CLERK** shall thus forward a copy of this Order to the business manager of the facility in which Plaintiff is incarcerated so that withdrawals from his account may commence as payment towards the filing fee. The district court's filing fee is not refundable, regardless of the outcome of the case, and must therefore be paid in full even if the Plaintiff's complaint (or any part thereof) is dismissed prior to service.

## I. Directions to Plaintiff's Custodian

It is **ORDERED** that the warden of the institution in which Plaintiff is incarcerated, or the sheriff of any county in which he is held in custody, and any successor custodians, each month cause to be remitted to the Clerk of this Court twenty percent (20%) of the preceding month's income credited to Plaintiff's account at said institution until the $350.00 filing fee has been paid in full. In accordance with provisions of the Prison Litigation Reform Act (PLRA), Plaintiff's custodian is authorized to forward payments from the prisoner's account to the Clerk of Court each month until the filing fee is paid, provided the amount in the account exceeds $10.00. It is further **ORDERED** that collection of monthly payments from Plaintiff's trust fund account shall continue until the entire $350.00 has been collected, notwithstanding the dismissal of Plaintiff's lawsuit or the granting of judgment against him prior to the collection of the full filing fee.

## II. Plaintiff's Obligations Upon Release

Plaintiff should keep in mind that his release from incarceration/detention does not release him from his obligation to pay the installments incurred while he was in custody. Plaintiff remains obligated to pay those installments justified by the income in his prisoner trust account while he was detained. If Plaintiff fails to remit such payments, the Court authorizes collection from Plaintiff of any balance due on these payments by any means permitted by law. Plaintiff's complaint may be dismissed if he is able to make payments but fails to do so or if he otherwise fails to comply with the provisions of the PLRA.

Plaintiff's IFP motion (ECF No. 2) is **GRANTED**, and Plaintiff is **ORDERED** to pay an initial partial filing fee of $18.73. While Plaintiff's custodian is ordered to make subsequent payments on Plaintiff's behalf, Plaintiff should note it is **HIS RESPONSIBLITY** to pay the initial partial filing fee. Thus, Plaintiff must arrange with the appropriate official to ensure the initial partial filing fee is paid in accordance with this Order. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to pay the required initial partial filing fee to the Clerk of Court. Thereafter, Plaintiff's custodian shall remit monthly payments as set forth above.

Plaintiff's failure to pay the initial partial filing fee will result in the dismissal of this action. Plaintiff shall keep the Court informed of any future address change and his failure to do so may result in the dismissal of this action.

**SO ORDERED**, this 26th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE