**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| MARKES D. BRUCE, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-173-LAG-AGH |
| Officer JUNIOR MORENCY, | : | |
| Defendant. | : | |

**ORDER**

Plaintiff Markes D. Bruce, an inmate in the Dougherty County Jail in Albany, Georgia, filed a complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff also filed a motion for leave to proceed *in forma pauperis* (IFP) (ECF No. 2). On October 26, 2026, the Court granted Plaintiff's motion to proceed IFP and ordered him to pay an initial partial filing fee in the amount of $18.73. Order 1, ECF No. 4 at 1. The Court informed Plaintiff that although money would automatically be deducted from his account following payment of the initial partial filing fee, he was responsible for submitting the $18.73 to the Court. *Id.* at 2-3.

Plaintiff subsequently informed the Court that he is having trouble getting the money forwarded to the Court. Pl.'s Mot. 1, ECF No. 5. Plaintiff states he has the money in his trust fund account but that he needs the Court to order the custodian of his facility to retrieve the initial partial filing fee from his account. *Id.*

This request is **DENIED**; however, Plaintiff is instructed to show the appropriate correctional official this Order when submitting his written request for

the payment of the initial partial filing fee. If the correctional official refuses to promptly submit payment to the Court, Petitioner should notify the Court in writing: (1) the name of the authorized correctional official from whom he requested the payment of his initial partial filing fee; (2) the date he made such request; and (3) the date that he was notified that the correctional official would not promptly submit the payment. If Petitioner receives notification in writing from the correctional official regarding an inability or refusal to pay the filing fee to the Court, Petitioner must provide the Court with a copy of this notification.

It is **ORDERED** that Plaintiff's Motion (ECF No. 5) is **DENIED**, but Plaintiff shall have an additional **FOURTEEN (14) DAYS** to pay the **$18.73 or to provide the written notice required by this Order if he is unable to pay the fee**. If Plaintiff fails to pay the fee and fails to adequately explain the reason for his inability to pay, the action may be dismissed. Also, if Plaintiff fails to keep the Court informed of any change of address, his action may be dismissed.

SO ORDERED this 17th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE